IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10765
_____

DEBRA WALKER, ET AL,

                                        Plaintiffs,

                    versus

MESQUITE TX, CITY OF, ET AL,

                                        Defendants.

*********************************************************************

HIGHLANDS OF MCKAMY IV AND COMMUNITY
IMPROVEMENT ASSOCIATION, ET AL,

                                        Plaintiffs,

                    versus

THE HOUSING AUTHORITY OF THE CITY OF DALLAS,

                                        Defendant-Appellee,

                    versus

LAWRENCE J. FRIEDMAN; FRIEDMAN & ASSOCIATES, P.C.,

                                        Appellants.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:85-CV-1210-R)
_____

January 14, 2000

Before POLITZ, GIBSON[*] and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:

    We are persuaded that the sanction imposed upon Lawrence J.
Friedman, Friedman & Associates, P.C., cannot be properly

_____

    [*]Circuit Judge of the Eighth Circuit, sitting by designation.

sustained.  The order imposing sanction is reversed.

REVERSED.